Jared F. Harrison, Respondent, *v.* Hartford Life Insurance Company, Respondent.

In the Matter of the Application of James S. Greves, Appellant, for Leave to Intervene.

*Harrison* v. *Hartford Life Ins. Co.*, 126 App. Div. 952, appeal dismissed.
(Argued November 11, 1908; decided December 1, 1908.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 26, 1908, which affirmed an order of Special Term denying
42

an application for leave to intervene and be made a party defendant in the within action.

*Samuel C. Herriman* for appellant.

*Evan Shelby* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.